1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEN PHONG NGUYEN VO,<br><br>                              Petitioner,<br><br>     v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; TODD LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center; and PAMELA JO BONDI, Attorney General,<br><br>                              Respondents. | Case No.:  26cv0074 DMS MSB<br><br>**ORDER SETTING HEARING** |

This case is currently pending before the Court.  The Court has reviewed the parties' briefs and the relevant case law, and sets the matter for hearing on **February 27, 2026**, at **1:30 p.m.**  Counsel for Respondents shall be prepared to update the Court on the status of their efforts to obtain a travel document for Petitioner's removal to Vietnam.  Absent any progress on that front, the Court's tentative ruling is to grant the Petition and order Petitioner's release.

**IT IS SO ORDERED.**

Dated:  February 10, 2026

Hon. Dana M. Sabraw
United States District Judge